IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Babers-Newman, Sabrina S

Printed: 6/24/08

Case Number: 05 B 05677
Judge: Wedoff, Eugene R
Filed: 2/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,195.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,663.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 214.46 |
| Other Funds: |  | 17.14 |
| Totals: | 4,195.00 | 4,195.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Doyle, Ltd. | Administrative | 2,300.00 | 2,300.00 |
| 2. | Simon McClosky & Scovell | Unsecured | 147.31 | 65.22 |
| 3. | Fairlane Credit L.L.C. | Unsecured | 3,459.72 | 1,598.18 |
| 4. | Nationwide Acceptance Corp | Unsecured | 28.55 | 0.00 |
| 5. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 6. | Black Expressions | Unsecured | | No Claim Filed |
| 7. | Cub Foods | Unsecured | | No Claim Filed |
| 8. | Household Automotive Finance Corp | Unsecured | | No Claim Filed |
| 9. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 12. | Bally's Health Club | Unsecured | | No Claim Filed |
| 13. | JBC & Associates | Unsecured | | No Claim Filed |
| 14. | Advocate Health Care | Unsecured | | No Claim Filed |
| 15. | Loyola University & Hospital | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | Zalutsky & Pinski Ltd | Unsecured | | No Claim Filed |
| 18. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 20. | MacNeal Healthcare | Unsecured | | No Claim Filed |
| 21. | Toys R Us | Unsecured | | No Claim Filed |
| 22. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 23. | Village of Oak Park | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,935.58 | $ 3,963.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Babers-Newman, Sabrina S

Printed: 6/24/08

Case Number:  05 B 05677
Judge:  Wedoff, Eugene R
Filed:  2/18/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 9.38 |
| 3% | 6.95 |
| 5.5% | 39.29 |
| 5% | 11.84 |
| 4.8% | 22.69 |
| 5.4% | 119.68 |
| 6.5% | 4.63 |
| | _____ |
| | $ 214.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

